**Forensic Building Science, Inc.**

|  |  |  |  |
|---|---|---|---|
| Insured: | Memorial Inn & Suites | Home: | (651) 222-6509 |
| Property: | 9535 Katy Fwy | | |
| | Houston, TX 77024 | | |
| Home: | 123 Main St. | | |
| | Saint Paul, MN 55105-3529 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Jim Irmiter | Cellular: | (651) 269-7007 |
| Company: | Forensic Building Science | E-mail: | jirmiter@forensicbuildingscience.com |
| Business: | 657 Lincolin Ave. | | |
| | St. Paul, MN 55105 | | |

| | | | |
|---|---|---|---|
| Estimator: | Jim Irmiter | Cellular: | (651) 269-7007 |
| Company: | Forensic Building Science | E-mail: | jirmiter@forensicbuildingscience.com |
| Business: | 657 Lincolin Ave. | | |
| | St. Paul, MN 55105 | | |

**Claim Number:** 000013107760     **Policy Number:** ESP 7302074-01     **Type of Loss:** Hurricane

| | | | |
|---|---|---|---|
| Date Contacted: | 1/8/2018 | | |
| Date of Loss: | 8/25/2017 12:00 AM | Date Received: | 2/2/2018 3:55 PM |
| Date Inspected: | 1/31/2018 | Date Entered: | 2/28/2018 10:49 AM |

| | |
|---|---|
| Price List: | TXHO8X_FEB18 |
| | Restoration/Service/Remodel |
| Estimate: | 102484__EV16 |

EXHIBIT 2-B     **000001, MEM INN**

 **Forensic Building Science, Inc.**

**102484__EV16**

**Flat Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1.  Remove Built-up 3 ply roofing - in place | 312.48 SQ | 52.06 | 0.00 | 3,253.54 | 19,521.25 | (0.00) | 19,521.25 |
| 2.  Built-up 3 ply roofing - in place | 343.73 SQ | 294.58 | 2,536.60 | 20,758.52 | 124,551.10 | (6,149.33) | 118,401.77 |
| *10% waste added* | | | | | | | |
| 3a.  Remove Built-up roofing - gravel ballast | 312.48 SQ | 52.84 | 0.00 | 3,302.28 | 19,813.72 | (0.00) | 19,813.72 |
| 3b.  Built-up roofing - gravel ballast | 312.48 SQ | 40.77 | 377.93 | 2,623.54 | 15,741.28 | (916.19) | 14,825.09 |
| 4.  Remove Fiberboard - 1/2" | 312.48 SF | 0.43 | 0.00 | 26.88 | 161.25 | (0.00) | 161.25 |
| 5.  Fiberboard - 1/2" | 343.73 SF | 0.83 | 7.37 | 58.54 | 351.21 | (17.87) | 333.34 |
| *10% waste added* | | | | | | | |
| 6.  Install Insulation - ISO board, 3" | 343.73 SQ | 179.64 | 0.00 | 12,349.54 | 74,097.20 | (0.00) | 74,097.20 |
| *10% waste added* | | | | | | | |
| 7.  Add for tapered insulation* | 343.73 SQ | 100.00 | 0.00 | 6,874.60 | 41,247.60 | (0.00) | 41,247.60 |
| *10% waste added* | | | | | | | |
| 8a.  Remove Sheathing - plywood - 5/8" CDX | 7,811.93 SF | 0.53 | 0.00 | 828.06 | 4,968.38 | (0.00) | 4,968.38 |
| 8b.  Sheathing - plywood - 5/8" CDX | 7,811.93 SF | 1.76 | 618.70 | 2,873.54 | 17,241.24 | (1,499.89) | 15,741.35 |
| *25% of total* | | | | | | | |
| 9a.  Remove Flash parapet wall only - bitumen | 1,936.00 LF | 1.92 | 0.00 | 743.42 | 4,460.54 | (0.00) | 4,460.54 |
| 9b.  Flash parapet wall only - bitumen | 1,936.00 LF | 11.68 | 426.45 | 4,607.80 | 27,646.73 | (1,033.82) | 26,612.91 |
| 10a.  Remove Cap flashing - large | 1,920.00 LF | 0.57 | 0.00 | 218.88 | 1,313.28 | (0.00) | 1,313.28 |
| 10b.  Cap flashing - large | 1,920.00 LF | 23.09 | 2,561.33 | 9,378.82 | 56,272.95 | (6,209.28) | 50,063.67 |
| 11a.  Remove Flashing - pipe jack | 122.00 EA | 6.75 | 0.00 | 164.70 | 988.20 | (0.00) | 988.20 |
| 11b.  Flashing - pipe jack | 122.00 EA | 35.08 | 90.28 | 874.02 | 5,244.06 | (218.87) | 5,025.19 |
| 12a.  Remove Gravity roof ventilator - 18" | 63.00 EA | 8.62 | 0.00 | 108.62 | 651.68 | (0.00) | 651.68 |
| 12b.  Gravity roof ventilator - 18" | 63.00 EA | 263.94 | 1,066.99 | 3,539.04 | 21,234.25 | (2,586.65) | 18,647.60 |
| 13a.  Remove Furnace vent - rain cap and storm collar, 8" | 1.00 EA | 10.29 | 0.00 | 2.06 | 12.35 | (0.00) | 12.35 |
| 13b.  Furnace vent - rain cap and storm collar, 8" | 1.00 EA | 69.63 | 2.74 | 14.46 | 86.83 | (6.64) | 80.19 |
| 14a.  Remove Rigid conduit, 1" | 650.00 LF | 2.88 | 0.00 | 374.40 | 2,246.40 | (0.00) | 2,246.40 |
| 14b.  Rigid conduit, 1" | 650.00 LF | 10.89 | 132.99 | 1,442.30 | 8,653.79 | (322.40) | 8,331.39 |
| 15.  Exterior light fixture - Detach & reset | 4.00 EA | 76.76 | 0.00 | 61.40 | 368.44 | (0.00) | 368.44 |
| 16a.  Remove Central air - condenser unit - 2.5 ton - up to 13 SEER | 1.00 EA | 40.08 | 0.00 | 8.02 | 48.10 | (0.00) | 48.10 |
| 16b.  Central air - condenser unit - 2.5 ton - up to 13 SEER | 1.00 EA | 1,460.01 | 94.33 | 310.86 | 1,865.20 | (228.67) | 1,636.53 |
| 17.  XL Commercial Kitchen Bent* | 1.00 EA | 1,500.00 | 0.00 | 300.00 | 1,800.00 | (0.00) | 1,800.00 |
| **Totals:  Flat Roof** | | | **7,915.71** | **75,097.84** | **450,587.03** | **19,189.61** | **431,397.42** |

EXHIBIT 2-B                                          **000002, MEM INN**



**Forensic Building Science, Inc.**

### Mansard Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 18.  Remove 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 73.11 SQ | 51.12 | 0.00 | 747.48 | 4,484.86 | (0.00) | 4,484.86 |
| 19.  Remove Tile roofing - Concrete - "S" or flat tile | 73.11 SQ | 170.86 | 0.00 | 2,498.32 | 14,989.89 | (0.00) | 14,989.89 |
| 20.  Tile roofing - Concrete - "S" or flat tile | 80.42 SQ | 502.81 | 1,169.29 | 8,321.06 | 49,926.33 | (2,834.64) | 47,091.69 |
| 21a.  Remove Ridge / Hip / Rake cap - tile roofing | 194.00 LF | 2.91 | 0.00 | 112.90 | 677.44 | (0.00) | 677.44 |
| 21b.  Ridge / Hip / Rake cap - tile roofing | 194.00 LF | 11.12 | 111.07 | 453.68 | 2,722.03 | (269.27) | 2,452.76 |
| 22.  Battens - 2x2 - for steel roofing | 73.11 SQ | 142.29 | 310.38 | 2,142.64 | 12,855.84 | (752.45) | 12,103.39 |
| 23.  Hip & ridge nailer board for tile roofing - wood | 194.00 LF | 2.44 | 16.81 | 98.04 | 588.21 | (40.74) | 547.47 |
| **Totals:  Mansard Roof** | | | **1,607.55** | **14,374.12** | **86,244.60** | **3,897.10** | **82,347.50** |

### Porte Cochere

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 24a.  Remove 5/8" drywall - hung, taped, floated, ready for paint | 1,200.00 SF | 0.40 | 0.00 | 96.00 | 576.00 | (0.00) | 576.00 |
| 24b.  5/8" drywall - hung, taped, floated, ready for paint | 1,200.00 SF | 2.16 | 46.53 | 527.70 | 3,166.23 | (112.80) | 3,053.43 |
| 25a.  Remove Acoustic ceiling (popcorn) texture | 1,200.00 SF | 0.43 | 0.00 | 103.20 | 619.20 | (0.00) | 619.20 |
| 25b.  Acoustic ceiling (popcorn) texture | 1,200.00 SF | 0.93 | 5.94 | 224.38 | 1,346.32 | (14.40) | 1,331.92 |
| 26.  Seal/prime then paint the surface area (2 coats) | 1,200.00 SF | 0.80 | 14.85 | 194.98 | 1,169.83 | (36.00) | 1,133.83 |
| **Totals:  Porte Cochere** | | | **67.32** | **1,146.26** | **6,877.58** | **163.20** | **6,714.38** |

### Interior

#### Office

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 27.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 28a.  Remove Laminate - simulated wood flooring | 200.00 SF | 1.12 | 0.00 | 44.80 | 268.80 | (0.00) | 268.80 |
| 28b.  Laminate - simulated wood flooring | 200.00 SF | 5.72 | 51.98 | 239.20 | 1,435.18 | (126.00) | 1,309.18 |
| 29a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 29b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |

EXHIBIT 2-B          **000003, MEM INN**



**Forensic Building Science, Inc.**

**CONTINUED - Office**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 30.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 31.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals:  Office** | | | **61.55** | **410.24** | **2,461.37** | **135.60** | **2,325.77** |

**Room 103**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 32a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 32b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 33.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 34.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| 35.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| **Totals:  Room 103** | | | **9.57** | **126.24** | **757.39** | **9.60** | **747.79** |

**Room 129**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 36.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 37.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 38a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 38b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 39a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 39b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 40.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| **Totals:  Room 129** | | | **58.71** | **229.62** | **1,377.81** | **142.32** | **1,235.49** |

EXHIBIT 2-B                                    **000004, MEM INN**



**Forensic Building Science, Inc.**

### Room 131

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 41.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 42.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 43a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 43b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 44a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 44b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 45.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| **Totals:  Room 131** | | | **58.71** | **229.62** | **1,377.81** | **142.32** | **1,235.49** |

### Room 133

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 46.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 47.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 48a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 48b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 49a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 49b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 50.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| **Totals:  Room 133** | | | **58.71** | **229.62** | **1,377.81** | **142.32** | **1,235.49** |

### Room 135

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 51.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 52.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 53a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 53b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 54a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |

EXHIBIT 2-B                                **000005, MEM INN**



**Forensic Building Science, Inc.**

CONTINUED - Room 135

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 54b. Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 55. Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| **Totals: Room 135** | | | **58.71** | **229.62** | **1,377.81** | **142.32** | **1,235.49** |

Room 136

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 56. Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 57. Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 58a. Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 58b. Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 59a. Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 59b. Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 60. Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| **Totals: Room 136** | | | **58.71** | **229.62** | **1,377.81** | **142.32** | **1,235.49** |

Room 149

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 61. Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 62. Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 63a. Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 63b. Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 64a. Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 64b. Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 65. Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |

EXHIBIT 2-B                                                                       **000006, MEM INN**



**Forensic Building Science, Inc.**

**CONTINUED - Room 149**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 66a. Remove 1/2" - drywall per LF - up to 2' tall | 60.00 LF | 2.16 | 0.00 | 25.92 | 155.52 | (0.00) | 155.52 |
| 66b. 1/2" - drywall per LF - up to 2' tall | 60.00 LF | 8.45 | 4.65 | 102.34 | 613.99 | (11.28) | 602.71 |
| 67. Seal/prime then paint the surface area (2 coats) | 480.00 SF | 0.80 | 5.94 | 77.98 | 467.92 | (14.40) | 453.52 |
| **Totals: Room 149** | | | **69.30** | **435.86** | **2,615.24** | **168.00** | **2,447.24** |

**Room 152**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 69. Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 70a. Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 70b. Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 71a. Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 71b. Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 72. Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| **Totals: Room 152** | | | **58.71** | **229.62** | **1,377.81** | **142.32** | **1,235.49** |

**Room 157**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 74. Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 75a. Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 75b. Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 76a. Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 76b. Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |

**EXHIBIT 2-B**                              **000007, MEM INN**



**Forensic Building Science, Inc.**

CONTINUED - Room 157

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| **Totals:  Room 157** | | | **58.71** | **229.62** | **1,377.81** | **142.32** | **1,235.49** |

Room 161

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 78.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 79.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 80a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 80b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 81a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 81b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 82.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| **Totals:  Room 161** | | | **58.71** | **229.62** | **1,377.81** | **142.32** | **1,235.49** |

Room 162

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 83.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 84.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 85a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 85b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 86a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 86b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 87.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| **Totals:  Room 162** | | | **58.71** | **229.62** | **1,377.81** | **142.32** | **1,235.49** |

EXHIBIT 2-B                    **000008, MEM INN**

 **Forensic Building Science, Inc.**

### Room 165

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 88.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 89.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 90a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 90b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 91a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 91b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 92.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 93a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 93b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 94.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 95.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| 96.  Seal/prime then paint the surface area (2 coats) | 128.00 SF | 0.80 | 1.58 | 20.80 | 124.78 | (3.84) | 120.94 |
| **Totals:  Room 165** | | | **69.86** | **361.94** | **2,171.68** | **155.76** | **2,015.92** |

### Room 166

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 97.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 98.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 99a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 99b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 100a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 100b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 101.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| **Totals:  Room 166** | | | **58.71** | **229.62** | **1,377.81** | **142.32** | **1,235.49** |

### Room 168

EXHIBIT 2-B                                    **000009, MEM INN**



**Forensic Building Science, Inc.**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 102.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 103.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 104a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 104b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 105a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 105b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 106.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| **Totals:  Room 168** | | | **58.71** | **229.62** | **1,377.81** | **142.32** | **1,235.49** |

### Room 167

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 107.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 108.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 109a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 109b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 110a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 110b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 111.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| **Totals:  Room 167** | | | **58.71** | **229.62** | **1,377.81** | **142.32** | **1,235.49** |

### Room 171

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 112.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 113.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 114a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 114b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 115a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 115b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |

EXHIBIT 2-B                                                    **000010, MEM INN**



**Forensic Building Science, Inc.**

CONTINUED - Room 171

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 116.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| **Totals:  Room 171** | | | **58.71** | **229.62** | **1,377.81** | **142.32** | **1,235.49** |

Room 177

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 117.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 118.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 119a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 119b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 120a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 120b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 121.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 122a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 122b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 123.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 124.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals:  Room 177** | | | **68.28** | **341.14** | **2,046.90** | **151.92** | **1,894.98** |

Room 183 & 123

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 125.  Remove Carpet | 400.00 SF | 0.26 | 0.00 | 20.80 | 124.80 | (0.00) | 124.80 |
| 126.  Carpet | 460.00 SF | 3.07 | 91.08 | 300.66 | 1,803.94 | (220.80) | 1,583.14 |
| 15 % waste added for Carpet. | | | | | | | |
| 127a.  Remove Carpet pad | 400.00 SF | 0.11 | 0.00 | 8.80 | 52.80 | (0.00) | 52.80 |
| 127b.  Carpet pad | 400.00 SF | 0.54 | 14.85 | 46.18 | 277.03 | (36.00) | 241.03 |

EXHIBIT 2-B                                    000011, MEM INN



**Forensic Building Science, Inc.**

**CONTINUED - Room 183 & 123**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 128a.  Remove Cove base molding - rubber or vinyl, 4" high | 120.00 LF | 0.29 | 0.00 | 6.96 | 41.76 | (0.00) | 41.76 |
| 128b.  Cove base molding - rubber or vinyl, 4" high | 120.00 LF | 1.84 | 11.48 | 46.46 | 278.74 | (27.84) | 250.90 |
| **Totals:  Room 183 & 123** | | | **117.41** | **429.86** | **2,579.07** | **284.64** | **2,294.43** |

### Room 184

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 129.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 130.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 131a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 131b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 132a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 132b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 133.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 134a.  Remove 1/2" - drywall per LF - up to 2' tall | 60.00 LF | 2.16 | 0.00 | 25.92 | 155.52 | (0.00) | 155.52 |
| 134b.  1/2" - drywall per LF - up to 2' tall | 60.00 LF | 8.45 | 4.65 | 102.34 | 613.99 | (11.28) | 602.71 |
| 135.  Seal/prime then paint the surface area (2 coats) | 480.00 SF | 0.80 | 5.94 | 77.98 | 467.92 | (14.40) | 453.52 |
| **Totals:  Room 184** | | | **69.30** | **435.86** | **2,615.24** | **168.00** | **2,447.24** |

### 2nd Floor Hallway

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 136.  Acoustic Ceiling (popcorn) Texture - Labor Minimum | 4.00 EA | 255.29 | 0.00 | 204.24 | 1,225.40 | (0.00) | 1,225.40 |
| 137.  Painting - Labor Minimum | 4.00 EA | 187.75 | 0.00 | 150.20 | 901.20 | (0.00) | 901.20 |
| 138.  Floor protection - cloth - skid resistant, leak proof | 400.00 SF | 0.82 | 11.22 | 67.84 | 407.06 | (0.00) | 407.06 |
| **Totals:  2nd Floor Hallway** | | | **11.22** | **422.28** | **2,533.66** | **0.00** | **2,533.66** |

EXHIBIT 2-B                          **000012, MEM INN**



**Forensic Building Science, Inc.**

### Room 203

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 139.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 140a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 140b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 141.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 142.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals:  Room 203** | | | **9.57** | **126.24** | **757.39** | **9.60** | **747.79** |

### Room 205

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 143.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 144a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 144b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 145.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 146.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals:  Room 205** | | | **9.57** | **126.24** | **757.39** | **9.60** | **747.79** |

### Room 209

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 147.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 148.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 149a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 149b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 150a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 150b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 151.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |

EXHIBIT 2-B   **000013, MEM INN**



**Forensic Building Science, Inc.**

CONTINUED - Room 209

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 152a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 152b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 153.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 154.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals:  Room 209** | | | **68.28** | **341.14** | **2,046.90** | **151.92** | **1,894.98** |

Room 214

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 155.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 156.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 157a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 157b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 158a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 158b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 159.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 160a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 160b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 161.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 162.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| 163.  Seal/prime then paint the surface area (2 coats) | 128.00 SF | 0.80 | 1.58 | 20.80 | 124.78 | (3.84) | 120.94 |
| **Totals:  Room 214** | | | **69.86** | **361.94** | **2,171.68** | **155.76** | **2,015.92** |

Room 215

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

102484__EV16

EXHIBIT 2-B

**000014, MEM INN**

**Forensic Building Science, Inc.**

**CONTINUED - Room 215**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 164.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 165.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 166a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 166b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 167a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 167b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 168.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 169a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 169b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 170.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 171.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| 172.  Seal/prime then paint the surface area (2 coats) | 128.00 SF | 0.80 | 1.58 | 20.80 | 124.78 | (3.84) | 120.94 |
| **Totals:  Room 215** | | | **69.86** | **361.94** | **2,171.68** | **155.76** | **2,015.92** |

**Room 216**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 173.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 174.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 175a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 175b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 176a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 176b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 177.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 178a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 178b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |

EXHIBIT 2-B     **000015, MEM INN**



**Forensic Building Science, Inc.**

**CONTINUED - Room 216**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 179.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 180.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| 181.  Seal/prime then paint the surface area (2 coats) | 128.00 SF | 0.80 | 1.58 | 20.80 | 124.78 | (3.84) | 120.94 |
| **Totals:  Room 216** | | | **69.86** | **361.94** | **2,171.68** | **155.76** | **2,015.92** |

**Room 218**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 182.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 183.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 184a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 184b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 185a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 185b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 186.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 187a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 187b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 188.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 189.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| 190.  Seal/prime then paint the surface area (2 coats) | 128.00 SF | 0.80 | 1.58 | 20.80 | 124.78 | (3.84) | 120.94 |
| **Totals:  Room 218** | | | **69.86** | **361.94** | **2,171.68** | **155.76** | **2,015.92** |

**Room 221**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 191.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |

EXHIBIT 2-B            **000016, MEM INN**

**Forensic Building Science, Inc.**

CONTINUED - Room 221

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 192.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 193a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 193b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 194a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 194b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 195.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 196a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 196b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 197.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 198.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals:  Room 221** | | | **68.28** | **341.14** | **2,046.90** | **151.92** | **1,894.98** |

Room 223

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 199.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 200a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 200b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 201.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 202.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals:  Room 223** | | | **9.57** | **126.24** | **757.39** | **9.60** | **747.79** |

Room 225

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 203.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |

EXHIBIT 2-B                    **000017, MEM INN**



**Forensic Building Science, Inc.**

**CONTINUED - Room 225**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 204.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 205a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 205b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 206a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 206b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 207.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 208a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 208b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 209.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 210.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| 211.  Seal/prime then paint the surface area (2 coats) | 128.00 SF | 0.80 | 1.58 | 20.80 | 124.78 | (3.84) | 120.94 |
| **Totals:  Room 225** | | | **69.86** | **361.94** | **2,171.68** | **155.76** | **2,015.92** |

**Room 227**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 212.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 213.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 214a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 214b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 215a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 215b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 216.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 217a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 217b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 218.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |

EXHIBIT 2-B                                          **000018, MEM INN**



**Forensic Building Science, Inc.**

**CONTINUED - Room 227**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 219.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| 220.  Seal/prime then paint the surface area (2 coats) | 128.00 SF | 0.80 | 1.58 | 20.80 | 124.78 | (3.84) | 120.94 |
| **Totals:  Room 227** | | | **69.86** | **361.94** | **2,171.68** | **155.76** | **2,015.92** |

**Room 229**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 221.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 222a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 222b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 223.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 224.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals:  Room 229** | | | **9.57** | **126.24** | **757.39** | **9.60** | **747.79** |

**Room 233**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 225.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 226.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 227a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 227b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 228a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 228b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 229.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 230a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 230b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |

102484__EV16

EXHIBIT 2-B          **000019, MEM INN**



**Forensic Building Science, Inc.**

CONTINUED - Room 233

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 231.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 232.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals:  Room 233** | | | **68.28** | **341.14** | **2,046.90** | **151.92** | **1,894.98** |

Room 235

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 233.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 234.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 235a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 235b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 236a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 236b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 237.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 238a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 238b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 239.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 240.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals:  Room 235** | | | **68.28** | **341.14** | **2,046.90** | **151.92** | **1,894.98** |

Room 236

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 241.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 242.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 243a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |

EXHIBIT 2-B                                    **000020, MEM INN**

**Forensic Building Science, Inc.**

CONTINUED - Room 236

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 243b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 244a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 244b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 245.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 246a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 246b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 247.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 248.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals:  Room 236** | | | **68.28** | **341.14** | **2,046.90** | **151.92** | **1,894.98** |

Room 239

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 249.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 250a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 250b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 251.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 252.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals:  Room 239** | | | **9.57** | **126.24** | **757.39** | **9.60** | **747.79** |

Room 243

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 253.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 254.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 255a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |

EXHIBIT 2-B                              **000021, MEM INN**

**Forensic Building Science, Inc.**

CONTINUED - Room 243

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 255b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 256a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 256b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 257.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 258a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 258b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 259.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 260.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals:  Room 243** | | | **68.28** | **341.14** | **2,046.90** | **151.92** | **1,894.98** |

Room 253

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 261.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 262a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 262b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 263.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 264.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals:  Room 253** | | | **9.57** | **126.24** | **757.39** | **9.60** | **747.79** |

Room 256

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 265.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 266.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 267a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |

EXHIBIT 2-B                                                **000022, MEM INN**



**Forensic Building Science, Inc.**

CONTINUED - Room 256

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 267b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 268a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 268b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 269.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 270a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 270b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 271.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 272.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals:  Room 256** | | | **68.28** | **341.14** | **2,046.90** | **151.92** | **1,894.98** |

Room 257

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 273.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 274.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 275a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 275b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 276a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 276b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 277.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 278a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 278b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 279.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 280.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| 281.  Seal/prime then paint the surface area (2 coats) | 128.00 SF | 0.80 | 1.58 | 20.80 | 124.78 | (3.84) | 120.94 |
| **Totals:  Room 257** | | | **69.86** | **361.94** | **2,171.68** | **155.76** | **2,015.92** |

EXHIBIT 2-B                    **000023, MEM INN**



**Forensic Building Science, Inc.**

### Room 258

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 282.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 283.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 284a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 284b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 285a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 285b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 286.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| **Totals:  Room 258** | | | **58.71** | **229.62** | **1,377.81** | **142.32** | **1,235.49** |

### Room 260

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 287.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 288a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 288b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 289.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 290.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals:  Room 260** | | | **9.57** | **126.24** | **757.39** | **9.60** | **747.79** |

### Room 261

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 291.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 292.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 293a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 293b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 294a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 294b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |

EXHIBIT 2-B                                    000024, MEM INN

 **Forensic Building Science, Inc.**

**CONTINUED - Room 261**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 295.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 296a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 296b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 297.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 298.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals:  Room 261** | | | **68.28** | **341.14** | **2,046.90** | **151.92** | **1,894.98** |

**Room 262**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 299.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 300.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 301a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 301b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 302a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 302b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 303.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 304a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 304b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 305.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 306.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals:  Room 262** | | | **68.28** | **341.14** | **2,046.90** | **151.92** | **1,894.98** |

**Room 264**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

EXHIBIT 2-B                                         **000025, MEM INN**



**Forensic Building Science, Inc.**

CONTINUED - Room 264

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 307.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 308.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 309a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 309b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 310a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 310b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 311.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 312a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 312b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 313.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 314.  Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals:  Room 264** | | | **68.28** | **341.14** | **2,046.90** | **151.92** | **1,894.98** |

Room 272

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 315.  Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 316.  Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 317a.  Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 317b.  Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 318a.  Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 318b.  Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 319.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 320a.  Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 320b.  Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 321.  Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |

EXHIBIT 2-B                                **000026, MEM INN**



**Forensic Building Science, Inc.**

CONTINUED - Room 272

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 322. Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals: Room 272** | | | **68.28** | **341.14** | **2,046.90** | **151.92** | **1,894.98** |

### Room 274

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 323. Remove Carpet | 200.00 SF | 0.26 | 0.00 | 10.40 | 62.40 | (0.00) | 62.40 |
| 324. Carpet | 230.00 SF | 3.07 | 45.54 | 150.32 | 901.96 | (110.40) | 791.56 |
| 15 % waste added for Carpet. | | | | | | | |
| 325a. Remove Carpet pad | 200.00 SF | 0.11 | 0.00 | 4.40 | 26.40 | (0.00) | 26.40 |
| 325b. Carpet pad | 200.00 SF | 0.54 | 7.43 | 23.08 | 138.51 | (18.00) | 120.51 |
| 326a. Remove Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 0.29 | 0.00 | 3.48 | 20.88 | (0.00) | 20.88 |
| 326b. Cove base molding - rubber or vinyl, 4" high | 60.00 LF | 1.84 | 5.74 | 23.22 | 139.36 | (13.92) | 125.44 |
| 327. Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 328a. Remove Acoustic ceiling (popcorn) texture | 200.00 SF | 0.43 | 0.00 | 17.20 | 103.20 | (0.00) | 103.20 |
| 328b. Acoustic ceiling (popcorn) texture | 200.00 SF | 0.93 | 0.99 | 37.40 | 224.39 | (2.40) | 221.99 |
| 329. Paint acoustic ceiling (popcorn) texture - 1 coat | 200.00 SF | 0.56 | 2.97 | 23.00 | 137.97 | (7.20) | 130.77 |
| 330. Floor protection - cloth - skid resistant, leak proof | 200.00 SF | 0.82 | 5.61 | 33.92 | 203.53 | (0.00) | 203.53 |
| **Totals: Room 274** | | | **68.28** | **341.14** | **2,046.90** | **151.92** | **1,894.98** |

### Electrical Room

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 331. Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 332a. Remove Acoustic ceiling (popcorn) texture | 100.00 SF | 0.43 | 0.00 | 8.60 | 51.60 | (0.00) | 51.60 |
| 332b. Acoustic ceiling (popcorn) texture | 100.00 SF | 0.93 | 0.50 | 18.70 | 112.20 | (1.20) | 111.00 |
| 333. Paint acoustic ceiling (popcorn) texture - 1 coat | 100.00 SF | 0.56 | 1.49 | 11.50 | 68.99 | (3.60) | 65.39 |

EXHIBIT 2-B                          **000027, MEM INN**

**Forensic Building Science, Inc.**

**CONTINUED - Electrical Room**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 334.  Floor protection - cloth - skid resistant, leak proof | 100.00 SF | 0.82 | 2.81 | 16.96 | 101.77 | (0.00) | 101.77 |
| **Totals:  Electrical Room** | | | **4.80** | **70.48** | **422.86** | **4.80** | **418.06** |

### Mechanical Room

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 335.  Contents - move out then reset - Large room | 1.00 EA | 73.58 | 0.00 | 14.72 | 88.30 | (0.00) | 88.30 |
| 336a.  Remove Acoustic ceiling (popcorn) texture | 100.00 SF | 0.43 | 0.00 | 8.60 | 51.60 | (0.00) | 51.60 |
| 336b.  Acoustic ceiling (popcorn) texture | 100.00 SF | 0.93 | 0.50 | 18.70 | 112.20 | (1.20) | 111.00 |
| 337.  Paint acoustic ceiling (popcorn) texture - 1 coat | 100.00 SF | 0.56 | 1.49 | 11.50 | 68.99 | (3.60) | 65.39 |
| 338.  Floor protection - cloth - skid resistant, leak proof | 100.00 SF | 0.82 | 2.81 | 16.96 | 101.77 | (0.00) | 101.77 |
| 339a.  Remove Tile floor covering | 100.00 SF | 2.40 | 0.00 | 48.00 | 288.00 | (0.00) | 288.00 |
| 339b.  Tile floor covering | 100.00 SF | 7.23 | 31.76 | 150.96 | 905.72 | (77.00) | 828.72 |
| **Totals:  Mechanical Room** | | | **36.56** | **269.44** | **1,616.58** | **81.80** | **1,534.78** |
| **Total:  Interior** | | | **2,715.16** | **14,028.96** | **84,175.62** | **6,133.16** | **78,042.46** |

### Exteior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 340a.  Remove Aluminum window - casement, 9-13 sf | 36.00 EA | 21.67 | 0.00 | 156.02 | 936.14 | (0.00) | 936.14 |
| 340b.  Aluminum window - casement, 9-13 sf | 36.00 EA | 275.37 | 622.33 | 2,107.12 | 12,642.77 | (1,508.69) | 11,134.08 |
| 341.  Add. charge for a retrofit window, 12-23 sf - difficult | 36.00 EA | 207.30 | 46.09 | 1,501.78 | 9,010.67 | (111.74) | 8,898.93 |
| 342a.  Remove AC unit w/sleeve - through-wall/window - 18,000 BTU | 196.00 EA | 30.17 | 0.00 | 1,182.66 | 7,095.98 | (0.00) | 7,095.98 |
| 342b.  AC unit w/sleeve - through-wall/window - 18,000 BTU | 196.00 EA | 1,061.94 | 14,318.86 | 44,491.82 | 266,950.92 | (34,712.38) | 232,238.54 |
| **Totals:  Exteior** | | | **14,987.28** | **49,439.40** | **296,636.48** | **36,332.81** | **260,303.67** |

EXHIBIT 2-B                                                        **000028, MEM INN**



**Forensic Building Science, Inc.**

### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 343.  Initial set-up, staging, and monitoring* | 1.00 EA | 1,500.00 | 0.00 | 300.00 | 1,800.00 | (0.00) | 1,800.00 |
| 344.  Progressive set-up, staging, and monitoring* | 1.00 EA | 1,500.00 | 0.00 | 300.00 | 1,800.00 | (0.00) | 1,800.00 |
| 345.  Commercial Supervision / Project Management - per hour | 320.00 HR | 65.08 | 0.00 | 4,165.12 | 24,990.72 | (0.00) | 24,990.72 |
| 346.  Telehandler/forklift (per week) - no operator | 8.00 WK | 795.00 | 0.00 | 1,272.00 | 7,632.00 | (0.00) | 7,632.00 |
| 347.  Temporary toilet (per month) | 8.00 MO | 158.21 | 0.00 | 253.14 | 1,518.82 | (0.00) | 1,518.82 |
| 348a.  Remove Temporary fencing | 400.00 LF | 0.77 | 0.00 | 61.60 | 369.60 | (0.00) | 369.60 |
| 348b.  Temporary fencing | 400.00 LF | 5.26 | 0.00 | 420.80 | 2,524.80 | (0.00) | 2,524.80 |
| 349.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 6.00 EA | 568.55 | 0.00 | 682.26 | 4,093.56 | (0.00) | 4,093.56 |
| 350.  Temporary construction office - portable (trailer) | 1.00 MO | 279.08 | 0.00 | 55.82 | 334.90 | (0.00) | 334.90 |
| 351.  Temporary power usage (per month) | 2.00 MO | 120.00 | 18.12 | 51.62 | 309.74 | (43.92) | 265.82 |
| 352a.  Remove Temporary power - hookup | 1.00 EA | 57.97 | 0.00 | 11.60 | 69.57 | (0.00) | 69.57 |
| 352b.  Temporary power - hookup | 1.00 EA | 290.80 | 0.00 | 58.16 | 348.96 | (0.00) | 348.96 |
| **Totals:  General Conditions** | | | **18.12** | **7,632.12** | **45,792.67** | **43.92** | **45,748.75** |
| **Line Item Totals:  102484__EV16** | | | **27,311.14** | **161,718.70** | **970,313.98** | **65,759.80** | **904,554.18** |

EXHIBIT 2-B                                    **000029, MEM INN**

 **Forensic Building Science, Inc.**

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 781,284.14 |
| Material Sales Tax | 27,311.14 |
| | |
| Subtotal | 808,595.28 |
| Overhead | 80,859.35 |
| Profit | 80,859.35 |
| | |
| **Replacement Cost Value** | **$970,313.98** |
| Less Depreciation | (65,759.80) |
| | |
| **Actual Cash Value** | **$904,554.18** |
| **Net Claim** | **$904,554.18** |
| | |
| Total Recoverable Depreciation | 65,759.80 |
| | |
| **Net Claim if Depreciation is Recovered** | **$970,313.98** |

_____

Jim Irmiter



**Forensic Building Science, Inc.**

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) |
|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | |
| | 80,859.35 | 80,859.35 | 27,311.14 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | |
| | **80,859.35** | **80,859.35** | **27,311.14** | **0.00** | **0.00** | **0.00** | **0.00** |

EXHIBIT 2-B               **000031, MEM INN**

 **Forensic Building Science, Inc.**

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CONTENT MANIPULATION | 3,531.84 | | 3,531.84 |
| GENERAL DEMOLITION | 85,780.29 | | 85,780.29 |
| DRYWALL | 11,509.16 | 224.16 | 11,285.00 |
| ELECTRICAL | 7,078.50 | 322.40 | 6,756.10 |
| HEAVY EQUIPMENT | 6,360.00 | | 6,360.00 |
| FLOOR COVERING - CARPET | 31,749.90 | 5,007.60 | 26,742.30 |
| FLOOR COVERING - CERAMIC TILE | 723.00 | 77.00 | 646.00 |
| FLOOR COVERING - VINYL | 4,305.60 | 542.88 | 3,762.72 |
| FLOOR COVERING - WOOD | 1,144.00 | 126.00 | 1,018.00 |
| FRAMING & ROUGH CARPENTRY | 13,749.00 | 1,499.89 | 12,249.11 |
| HEAT,  VENT & AIR CONDITIONING | 209,669.88 | 34,947.69 | 174,722.19 |
| LABOR ONLY | 20,825.60 | | 20,825.60 |
| LIGHT FIXTURES | 307.04 | | 307.04 |
| PAINTING | 6,770.20 | 318.72 | 6,451.48 |
| ROOFING | 356,224.45 | 21,029.11 | 335,195.34 |
| TEMPORARY REPAIRS | 4,179.56 | 43.92 | 4,135.64 |
| WINDOWS - ALUMINUM | 17,376.12 | 1,620.43 | 15,755.69 |
| **O&P Items Subtotal** | 781,284.14 | 65,759.80 | 715,524.34 |
| Material Sales Tax | 27,311.14 | | 27,311.14 |
| Overhead | 80,859.35 | | 80,859.35 |
| Profit | 80,859.35 | | 80,859.35 |
| **Total** | 970,313.98 | 65,759.80 | 904,554.18 |

EXHIBIT 2-B                    **000032, MEM INN**



**Forensic Building Science, Inc.**

### RJH & Associates, Inc.
**Building Envelope Consultants and Structural Engineers**
Miramar Beach, FL • Pensacola, FL • Houston, TX

# Storm Damage Report

### for

Memorial Inn & Suites
9535 Katy Freeway
Houston, Texas 77024



Forensic Building Science, Inc.
657 Lincoln Avenue
St. Paul, Minnesota 55105
Phone: 651-222-6509
Fax: 651-528-6237
www.forensicbuildingscience.com

RJH & Associates
12598 U.S. Hwy 98, #200
Miramar Beach, FL 32550
Phone: 850-608-6221
Fax: 850-608-6223
www.rjhassoc.com

EXHIBIT 2-B                    000033, MEM INN



**Forensic Building Science, Inc.**

# RJH & Associates, Inc.

### Building Envelope Consultants and Structural Engineers
Miramar Beach, FL • Pensacola, FL • Houston, TX

**Project Info**

| | |
|---|---|
| **Client:** Raizner Slania<br><br>**Project Address:**<br>Memorial Inn and Suites<br>9535 Katy Freeway<br>Houston, TX 77024<br><br>Harris County | **Insurance Carrier:** Arch Specialty Insurance Company<br><br>**Policy #:** ESP 7302074-01<br>**Claim #:** 000013107760<br><br>**Date of Loss:** August 26-28, 2017<br><br>**Claim Type: Hurricane Harvey** |

**FIELD REPORT FOR INITIAL STORM DAMAGE INVESTIGATION**

**1.0**  **Background Information:**

Forensic Building Science, Inc. (FBS) was contacted by Raizner Slania Law Firm (RS) to provide an inspection of the exterior and interior of the above-mentioned property and to ascertain the extent of damage caused by wind and weight of water, including tornadic activity which was reported to have occurred on or around August 26-28, 2017. RJH & Associates, Inc. (RJH) worked in cooperation with FBS to perform their inspections.

1.1  **Summary of Hurricane/Tropical Storm Harvey from the Washington Post:**
https://www.washingtonpost.com/graphics/2017/national/harvey-impact/?utm_term=.a1555e841c24

1.2  **Reference Information on August 27, 2017 Storm Event**
**NOAA Storm Events Database – August 26, 2017 through August 30, 2017**
**Event Details:**

| Event | **Tropical Storm** |
|---|---|
| State | **TEXAS** |
| County/Area | **HARRIS** |
| WFO | **HGX** |
| Report Source | **Emergency Manager** |
| NCEI Data Source | **CSV** |
| Begin Date | **2017-08-26 00:00:00.0 CST-6** |
| End Date | **2017-08-30 00:00:00.0 CST-6** |

EXHIBIT 2-B                    **000034, MEM INN**

| | |
|---|---|
| Deaths Direct/Indirect | **36/2** (fatality details below, when available...) |
| Injuries Direct/Indirect | **0/0** |
| Property Damage | **10.00B** |
| Crop Damage | |
| Episode Narrative | **Harvey made landfall as a category 4 hurricane near Rockport, Texas during the evening of August 25th. The storm then weakened to a tropical storm and slowed, looping back and tracking over SE Texas then back over the Gulf of Mexico making a second landfall along the Louisiana coast during the early morning hours of August 30th. Over that 5 day period over Southeast Texas TS Harvey produced catastrophic flooding with a large area of 30 to 60 inches of rain, 23 tornadoes, tropical storm force winds and a moderate storm surge near Matagorda Bay. In some of the heavier bands rain fell at a rate of over 5 inches per hour. This copious record amount of rain over a led to catastrophic flooding. Thousands of homes, businesses, and roads were flooded due to flash flooding and sheet flow from long duration intense rain. Main stem rivers and adjoining tributaries, creeks and bayous reached full capacity and came out of their banks and this also contributed to the massive flooding across southeastern Texas.** |
| Event Narrative | **Harvey made landfall as a category 4 hurricane near Rockport, Texas during the evening of August 25th then slowed and looped back tracking over SE Texas, back over the Gulf of Mexico then made a second landfall along the Louisiana coast during the early morning hours of August 30th. Over that 5 day period over Southeast Texas TS Harvey produced catastrophic flooding with a large area of 30 to 60 inches of rain, 23 tornadoes, tropical storm force winds and a moderate storm surge near Matagorda Bay. Catastrophic flooding occurred along nearly all bayous and rivers in Harris County.** |

EXHIBIT 2-B                                                                **000035, MEM INN**

**NOAA Severe Weather Inventory: Tornado Signatures from NEXRAD:**
**August 27, 2017**

A tornado signature was reported by NEXRAD 2 miles east of the site.



*Note: Times are listed in Universal Time (UTC), which is 5 hours ahead of
Houston's Central Time.*

### NOAA Severe Weather Inventory: Digital Mesocyclone Detection Algorithm from NEXRAD: August 27, 2017

Nine digital mesocyclone events were recorded in the area with one occurring 1/2 mile west of the site.



*Note: Times are listed in Universal Time (UTC), which is 5 hours ahead of Houston's Central Time.*

EXHIBIT 2-B

000037, MEM INN

**Weather Underground – Weather history for August 26, 2017 and surrounding dates:**

Weather Underground historical weather data from the three nearest weather stations are not displayed on the website from August 19, 2017 through September 19, 2017.  This is likely due to equipment or communication outages at the weather station during Tropical Storm Harvey.  Weather Underground generically explains missing data in the site's FAQ section as follows:

> *"When a city suddenly disappears from our site, it is usually a station that has not sent us a data report for over 24 hours. We removed all data over 24 hours old from our site to avoid providing outdated information. These outages are usually due to communications or equipment failures at the weather station and outages can last from a few days to weeks"*

**Rainfall Information:**

Total rainfall summary map, produced by the Harris County Flood Warning System



Red arrow is placed at location of the Memorial Inn. Map indicates approximately 30" of rain fell in the vicinity between August 24 and 29, 2017.

EXHIBIT 2-B

000038, MEM INN

1.3 **Satellite Image of the Property:**



*Google Earth imagery dated October 28, 2017.*

1.4 **Inspection personnel present:**
- Kevin Steinke, Field Investigator, FBS – January 31 - February 1, 2018
- Robert Hinojosa, PE, RRC, RWC, REWC, RBEC
  President/CEO, RJH & Associates – February 1, 2018

1.5 **The following claim related documents have been received:**
- McLarens, J. Phillip Dempsey II – RCV Insurance Estimate ($62,336.27), dated November 30, 2017
- Envista Forensics Report of Findings with attachments A and B, dated October 20, 2017

1.6 **Previous or Subsequent Damage from Another Event(s):**
According to property owner Khalid Kajani, the fifth (and southernmost) wing of the building did have multiple known interior leaks prior to Tropical Storm Harvey, however, these were not leaking prior to the storm event. For that reason, the owner was not seeking insurance coverage for interior damage in that wing of the building. Other areas of concern that may have arisen prior to Tropical Storm Harvey were minor in nature and regular maintenance was able to resolve those issues in a timely manner. Since Tropical Storm Harvey, any attempt at post storm repairs have been too extensive for regular maintenance to perform.

1.7 **Loss Related Repairs:**
Minor temporary repairs have been made at numerous locations on the roof since the storm event. Repairs have also been made to some of the interior spaces, specifically, to the rooms on the first floor that sustained carpet damage.

1.8 **The following additional documents were used for reference:**
- According to the City of Houston, TX website, they have adopted the following building codes:
  - 2012 International Building Code with local amendments
  - 2012 International Energy Conservation Code with local amendments

- o 2012 International Fire Code with local amendments
- o 2012 Uniform Mechanical Code with local amendments
- o 2012 Uniform Plumbing Code with local amendments
- o 2017 National Electrical code
- o 2015 International Energy Conservation Code with local amendments
- o Amendments can be found here:
  https://www.houstonpermittingcenter.org/code-enforcement/customer-assistance-code-development-cacd-section.html/#current
- Photographs from site visits by FBS.
- Haag Education Haag Certified Roof Inspector Program, Commercial Edition.
- ANSI/SPRI ES-1  Wind Design Standard for Edge Systems Used with Low Slope Roofing Systems. 1998, 2003, 2011. Code reference standard.
- ARMA technical bulletin 115 The Effects of Ponding Water
- SPRI, Construction-Generated Moisture and Its Effect on Roofing Systems, August 2008.
- E108-10a Standard Test Methods for Fire Tests of Roof Coverings.
- RS-738-Insulation Installation Instructions
- ASHRAE R-Value Climate Zone Map
- Standards: FM 4470, UL 1256, and CAN/ULC – S126M
- Texas Board of Professional Engineers, Advisory Ruling October 7, 2004 "Policy Advisory Opinion Regarding Structural or Mechanical Modifications to Building Roofs."
- Building Damage Issues in Tornadoes. Severe Local Storms 22nd Annual Conference.  2004 Marshall.
- Wind Speed Analyses of Tornadoes Based on Structural Damage. Wolde-Tinsae, Porter and McKeown. July 1985
- E2128-17 Standard Guide for Evaluating Water Leakage of Buildings
- E1105-15 STM for Field Determination of Water Penetration of Installed Ext Windows, Skylights, Doors, and Curtain Walls, by Uniform or Cyclic Static Air Pressure Differential
- ACI 524R-93 - Guide to Portland Cement Plastering - Reported by ACI Committee 524
- PCA Repair of Portland Cement Plaster

7

EXHIBIT 2-B                                    000040, MEM INN

## 2.0   <u>Structure Information</u>:



*Google Earth imagery of terrain surrounding property dated October 28, 2017.*

According to the Harris County Appraisal District website, the 29,145 square foot building at 9535 Katy Freeway was originally constructed in 1970.  The two-story building is a concrete and steel structure with a slab-on-grade foundation. Floors and roof deck are concrete.  The exterior walls are constructed with CMU and a parging surface covered by a stucco veneer. The veneer is painted. The roofing system is a low-slope built-up roof (BUR) with gravel ballast. Beneath the BUR is 1/2" of fiberglass insulation.  Beneath the fiberglass insulation is a concrete deck. The area is surrounded by properties consistent with the definition of Exposure B in ASCE 7.

## 3.0   <u>Site Observations</u>: [See Photo reports for all photos of damage]

### 3.1   Exterior Observations



**Figure 1**

EXHIBIT 2-B                    **000041, MEM INN**



**Figure 1A**

- The ceiling of the porte-cochere was water damaged and the finish was removed for safety reasons.
- Many of the window air-conditioning units had damage to the plastic fins. Some were said to be broken as a result of the storm, while others were broken from unrelated causes.



**Figure 2**

- Several windows were broken from wind or wind-borne debris.  Units with broken windows include 104, 114, 116, 117, 124, 166, 171, 177, 184, 209, 257, 261, and 262.
- Some windows have been replaced and others have been removed, but not yet replaced.
- Gaps identified around window frames were new in apprearence and were consistent with wind damage.These gaps should be considered storm created openings.

9

EXHIBIT 2-B

**000042, MEM INN**



**Figure 3**



**Figure 3A**

- Widespread damage identified to the exterior wall finish along the bottom of walls due to standing water during the tropical storm. This was observed by FBS and confirmed by property management. Water caused the parging to seperate from the CMU at a number of locations. This damage typically extended up 12" from the grade line.

EXHIBIT 2-B                                    000043, MEM INN



**Figure 4**

3.2   **Roof Observations**



**Figure 5**

- Parapets are capped with metal.  The interior side of the 12-inch high parapets were covered with BUR that extended up the wall and under the metal cap. The exterior side was sloped and clad with concrete tiles, except for the east elevation, which was clad with 3-tab asphalt shingles.  Along the southern end of the east elevation, concrete tiles were installed with battens fastened directly through the existing 3-tab shingles.
- Scour and cap sheet seperation and debonding was observed on the BUR.[See Figure 5]
- Decorative 6- foot high wood-framed parapets were installed on top of the roof above the functional parapets along the north elevation and the west ends of each wing.  The interior side of these parapets were clad with plywood. The top of these parapets were clad with exterior insulation and finish system (EIFS) which was capped with metal.  During our inspection, a crew was replacing plywood that had been dislodged during the storm event. In general the plywood was in poor condition.



**Figure 6**

- 2" x 4" non-conventional wood bracing used for tall parapets.



**Figure 7**



**Figure 8 Parpet pushed inward**

12

EXHIBIT 2-B                                                    000045, MEM INN

- Expansion joints running east-west observed between wing sections, with temporary patching done on sections.



**Figure 9**

- Roof areas where an additional flood coat was applied
- A temporary repair with a black tarp observed between the first and second wings.



**Figure 10**

### 3.3   Roof Cores

Three roof cores were taken to observe the composition of the roof and determine if there are wet areas beneath the materials.

**<u>Core #1</u>**



- Located on the 1st (northernmost) wing, 13' from South wall, 50' from East wall
- Gravel Ballast

13

EXHIBIT 2-B                    000046, MEM INN

- ½" 3-ply BUR
- ½" fiberglass insulation
- Concrete deck
- All materials were wet

## Core #2



- Located on the 3st (middle) wing, 8' from North wall, 32' from West wall
- Gravel Ballast
- ½" 3-ply BUR
- ½" fiberglass insulation
- Concrete deck
- All materials were wet

## Core #3



- Located on the 5th (southernmost) wing, 7' from South wall, 8' from West wall
- Gravel Ballast
- ½" 3-ply BUR
- ½" fiberglass insulation
- Concrete deck
- All materials were wet

14

EXHIBIT 2-B                                000047, MEM INN

3.4   **Interior Observations**

Because many units were rented, not all units were available to inspect during our visit.  We did, however, inspect most of the rooms with reported damage.  Below is a list of the units inspected by FBS with damage indicated.  All of the units listed were damaged by Tropical Storm Harvey.  Units in the 5th wing were not inspected by FBS as the damage in those units was considered by management to be pre-existing.

**Second Floor:**

**Office**



**Figure 11**

- Water damage to laminate floor
- Water damage to ceiling
- Water damage to window shade
- Water damage to wall
- Water damage to baseboard

**203**



**Figure 12**

- Water damage to ceiling
- Water damage to wall

**205**

- Water damage to ceiling
- Water damage to wall

15

EXHIBIT 2-B                                    000048, MEM INN

**209**



**Figures 13 and 13A**

- Water damage to ceiling
- Water damage to wall
- Window missing

**214**
- Water damage to ceiling
- Water damage to wall
- Carpet damage

**215**
- Water damage to ceiling
- Water damage to wall
- Window damage

**216**
- Water damage to ceiling
- Water damage to wall

**218**
- Water damage to ceiling
- Water damage to wall

**221**
- Water damage to ceiling
- Water damage to wall
- Water damage to carpet

**223**
- Water damage to ceiling

**225**
- Water damage to ceiling

16

EXHIBIT 2-B                    **000049, MEM INN**

**227**
- Water damage to ceiling
- Water damage to wall

**229**
- Water damage to ceiling

**233**
- Water damage to ceiling
- Water damage to wall
- Water damage to carpet

**235**
- Water damage to ceiling
- Water damage to a lamp shade

**Electrical Room #2**
- Water damage to ceiling

**236**
- Water damage to ceiling

**239**
- Water damage to ceiling

**243**
- Water damage to ceiling
- Window missing
- A/C unit missing

**253**
- Water damage to ceiling
- Water damage to wall

**256**
- Water damage to ceiling
- Water damage to carpet
- A/C unit missing

17

EXHIBIT 2-B

**000050, MEM INN**

**257**



**Figures 14 and 14A**

- Water damage to ceiling
- Water damage to wall
- Water damage to carpet
- A/C unit missing

**260**

- Water damage to ceiling

**261**

- Water damage to ceiling
- Water damage to wall
- Water damage to carpet

**262**

- Water damage to ceiling
- Water damage to wall
- Water damage to carpet
- Water damage to window

**Electrical Room #4**



**Figures 15 and 15A**

- Water damage to ceiling
- Water damage to wall
- Water damage to floor

18

EXHIBIT 2-B                    **000051, MEM INN**

**264**
- Water damage to ceiling
- Water damage to wall

**272**

- Water damage to ceiling

**274**

- Water damage to ceiling
- Water damage to carpet

**278**
- Water damage to ceiling
- Water damage to wall

**First Floor:**

**101**



**Figures 16 and 16A**
- Water damage to wall

**103**
- Water damage to ceiling

**104**
- Window was replaced do to wind damage

**129**
- Water damage to carpet

**131**

19

EXHIBIT 2-B                    000052, MEM INN



**Figure 17**

- Water damage to carpet
- Water damage observed on wood dresser

**133**

- Water damage to carpet

**136**

- Water damage to carpet
- Water damage to wall

**149**

**Figure 18**

- Water damage to carpet
- Water damage to base of wall

**152**
- Water damage to carpet
- Water damage to base of wall

**157**

- Water damaged carpet has been replaced

**161**

- Water damaged carpet has been replaced

**162**

- Water damage to carpet

20
EXHIBIT 2-B                    000053, MEM INN

**165**
- Water damage to carpet
- Water damage to ceiling
- Water damage to wall

**166**
- Water damage to carpet
- Window has been replaced

**167**
- Water damage to carpet

**168**
- Water damage to carpet

**171**
- Water damage to carpet
- Water damage to base of walls
- Window has been replaced

**177**
- Water damage to carpet
- Water damage to ceiling
- Water damage to wall
- Window has been replaced

**183**
- Water damage to carpet
- Water damage to wall

**123 (Joined to Unit 183)**



**Figures 19 and 19A**
- Water damage to carpet
- Water damage to wall
- Water damage to ceiling

21
EXHIBIT 2-B                              000054, MEM INN

<u>**184**</u>
- Water damage to carpet
- Water damage to base of walls

<u>**124 (Joined to Unit 184)**</u>
- Water damage to carpet
- Observed broken window glass on ground

<u>**185**</u>
- Water damage to carpet

<u>**125 (Joined to Unit 185)**</u>
- Water damage to carpet

**4.0   <u>Causation Statement</u>**

Based upon evidence collected from weather research and the physical inspection and roof, exterior wall and window assessment, we have concluded that the roof system, windows, some PTAC units, parapet walls, and some roof vents were damaged by the tornadic winds which occurred during the storm event. In addition, an overabundance of rain more than likely caused the roof system to be submerged causing water to damage the materials under the primary membrane, including adhesives, insulation and ceiling materials. These were still wet at the time of our inspection and will not recover.  In our opinion, the low-slope built-up roof must be completely replaced.  In our opinion, the current design of the parapet walls will not meet code at the time of the loss and will require complete replacement. In our opinion, complete replacement of the windows is necessary. The Work that has been done after the storm should be considered temporary in nature.

Based upon our training, education, experience, a reasonable degree of building science and engineering certainty and the information gathered during our inspections and weather data search, it is more likely than not that the observed damage to the roofing system is a result of Tropical Storm Harvey. On August 26-29, 2017 there was sufficient rain and wind to cause the above-referenced damage.

Based on our interior inspection of the building, we have concluded that it is more likely than not, that the interior water damage we observed was a result of Tropical Storm Harvey, with the exception of the prior damage, as reported.

Failure to completely remove and replace the damaged roof systems, windows, and parapets at the property will result in additional damage to the interior due to water intrusion.

**5.0** <u>**Conclusions**</u>

Damage to the property caused by wind and excessive occurred on or around August 26-28, 2017. Historic rainfall impacted the property during this time period where approximately 30" of rain was reported at the location of the Memorial Inn. According to our review of applicable weather data listed above in section 1, sustained windspeeds were estimated between 40-50 mpg with gusts reaching 50-60 mph.  The wind speeds reported are general to the area and can vary at specific locations.  They are subject to a +/- 20% margin of error and do not account for tornadoes.  Tropical Storm Harvey spawned many tornadoes, radar records indicated one which was reported 2 miles east of the site.  There were also several mesocyclones detected in the area, with one being reported ½ west of the site.  In our opinion, the wind that occurred on or around August 27, 2017 was sufficient to cause damage to the windows, parapets and the roofing system. In our opinion, full replacement of the roof system is required.  Ensuing interior water damage from the storm event will require interior repairs.

The City of Houston has adopted the 2015 International Energy Code (IECC).  In our opinion, as the carrier has demostarted coverage for the removal and replacement of sections of the interior ceilings damaged by water from the storm, the remaining parts of the roof assembly up to the roof covering [ working inside out] must also be replaced due to water damage. FBS cut roof cores and all cores were wet. In our opinion, additional coring will reveal either presence of water or signs that water did enter. Most if not all of the products used in the "roof Assembly" are not intended by the manufacturer to get wet and water damage to the materials directly behind the exterior roof envelope [the back side of the base sheet] are wet.

The  Code Defines the following;

**2015 IECC**
**Definitions Chapter 2**
**ROOF ASSEMBLY.** A system designed to provide weather protection and resistance to design loads. The system consists of a roof covering and roof deck or a single component serving as both the roof covering and the roof deck. <u>**A roof assembly includes the roof covering, underlayment, roof deck, insulation, vapor retarder and interior finish.**</u>

The key component here is that the energy code includes the **interior finish**.

Interior Finish is defined as:
**INTERIOR FINISH.** *Interior finish* includes *interior wall and ceiling finish* and *interior floor finish.*

Interior wall and Ceiling Finish isfurther defines as:

**INTERIOR WALL AND CEILING FINISH.** The exposed interior surfaces of buildings, including but not limited to: fixed or movable walls and partitions; toilet room privacy partitions; columns; ceilings; and interior wainscoting, paneling or other finish applied structurally or **for decoration, acoustical correction**, surface insulation, structural fire resistance or similar purposes, but not including trim.

In our opinion, based on code langauge adopted by the City of Houston prior to the storm event, water damage to the interior ceilings from the storm event, which is not disputed, and discovery of wet materials in the roof assembly which includes not only the interior ceilings but also the roof assembly insulation, requires replacement of the wet insulation. In this case because of the concrete deck the only way to access the wet insulation is from the top, necessitating full roof replacement.

In our opinion, removal of the roof system to the concrete deck, drying out of the deck and installation of new above deck insulation with a new roof covering will be required as a result of damage from the storm event. Parapet walls will require replacement. New roof system will not allow for any gravel ballast.

In our opinion additional windows have been damaged by wind and require replacement. In our opinion, parging at the base of the structure was water damaged requiring removal and replacement.  In our opinion, the scoipe of repairs allowed for by the carrier was deficient.

## 6.0   Requirements / Recommendations

Based on the findings during the investigation, we recommend the following steps be taken:

1. Follow all applicable building codes.
2. Remove all existing low-slope roofing materials down to the concrete decking.
3. Dry down concrete to roofing insulation manufactures requirements prior to installing new roof system.
4. Install a minimum of 3" of tapered polyiso board above deck.
5. Relocate all scuppers to accommodate height change.
6. Build new parapet with parapet bracing to meet current code requirements. Note: This will require special engineering design.
7. Replace all removed roofing materials and appurtenances with new similar materials.
8. Remove and replace all water damaged materials on the porte-cochere.
9. Repair any storm damage related interior water damage.
10. Replace all storm damaged windows.
11. Replace any storm damaged through-wall air conditioning units.

12. Remove water damaged interior materials and effect repairs pursuant to current published guidelines by ANSI/IICRC S500 – "Water Damage Restoration." This will include interior environmental controls.

13. Alternate construction techniques may be acceptable provided a licensed design professional approves and signs and seals plans and or shop drawings for these repairs. Means and methods are the contractor's responsibility.

14. Conform to any special inspection and testing schedules issued by the engineer.

15. Contractor is solely responsible for adherence to all applicable safety requirements for work at heights.

16. Contractor shall remain on alert for signs of mold during repairs and construction.

17. Energy code requirements have not been reviewed. Scope of work for this project is structural only. Integration of existing building systems with vapor retarders, application of sealants, flashing and other items are the responsibility of the contractor.

18. Stability during construction is the responsibility of the contractor. Structure as detailed is intended to be stable once all sheathing and fasteners are in place.

Discovery is ongoing.  Additional testing and inspections may need to be performed and additional and/or supplemental information and opinions may be contained in future reports issued by Forensic Building Science, Inc and RJH & Associates, Inc. This report is the exclusive property of the client noted previously and cannot be relied upon by a third party. Copies of this report are released to third parties only by written permission of the client.

Please contact our office should you have any questions or need additional information.

Respectfully submitted,

_____     February 27, 2018
Ryan Nierengarten                                                          Date
FBS Director of Field Operations

_____     February 27, 2018
Kevin Steinke                                                              Date
Field Investigator & Project Estimator, Forensic Building Science, Inc.

February 27, 2018

Tom Irmiter, President, Forensic Building Science, Inc.  Date
Building Causation, Code and Damages Consultant

February 27, 2018

Robert Hinojosa, PE, RRC, REWC, RWC, RBEC  Date
President/CEO
RJH & Associates. Inc.

26

EXHIBIT 2-B     000059, MEM INN

# The Washington Post

National • Analysis

# Flooding persists as Harvey downgraded to tropical depression

Millions of people are caught in the most extreme rain event in U.S. history

By **Darla Cameron**, **Chris Alcantara**, **Gabriel Florit** and **Bonnie Berkowitz**
Updated Sept. 1 10:38 p.m.



**Total rainfall 8 a.m. Aug. 24 to 8 a.m. Sept. 1**

0 ▬▬▬ 50 inches or more

EXHIBIT 2-B                    000060, MEM INN

## Rainfall totals by day



EXHIBIT 2-B                                    000061, MEM INN

Wednesday

TEXAS

L A.

Houston

Gulf of Mexico

The downpour has stopped in Houston, which was inundated for days by record-setting rain and floodwaters from the aftermath of Hurricane Harvey.

But Harvey, now a tropical depression, is still dumping extraordinary amounts of rain as it travels northeast through Louisiana.



**Barrels per calendar day**

100,000   200,000   600,000

🔴 Closed oil refinery (as of Wed.)
🟠 Partially open
⚪ Open
■ Strategic petroleum reserve site

TEXAS

Beaumont
Houston

Corpus Christi

← Pipeline
← Offshore platforms

100 MILES

EXHIBIT 2-B                    000062, MEM INN

The Southeast Texas city of Beaumont, home to many huge oil refineries, had recorded nearly four feet of rain by Wednesday morning, according to the National Weather Service.

Mayor Derrick Freeman of Port Arthur, Tex., posted on Facebook that "our whole city is underwater right now." Motiva shut down its Port Arthur plant, the country's largest refinery, as the storm flooded the city.

Lake Charles, La., had more than a foot of rain, and storm surge threatened areas along the coast. The National Weather Service warned Wednesday of "catastrophic and life-threatening flooding" that would continue from west of Houston into southwest Louisiana for the rest of the week. Vulnerable New Orleans is not in Harvey's path, but the right-side rain bands will drench the city.



↑ Arrow heights indicate water level above flood threshold, in feet, at 3 p.m. on Thursday

Drainage and flooding are perennial worries along the Texas-Louisiana Gulf Coast, and huge storms can overwhelm the two major cities.

**RELATED**



**Before-and-after visuals of the massive flooding in Texas →**

EXHIBIT 2-B

000063, MEM INN

The National Weather Service monitors four regions along the Gulf Coast, each with its own series of flood gauges.

Weather service gauges in the Houston/Galveston region reported the highest levels of flooding over the weekend as the storm slammed into the city starts and started its path northeast this week.

EXHIBIT 2-B                                    000064, MEM INN



Hurricane Harvey
makes landfall
11 p.m. Aug. 25

*Each line represents one gauge*

30 feet

San Jancito River

20

Buffalo Bayou

+10.7

10

+8.7

0   **FLOODED**
▲
**NOT FLOODED**
▼

-10

**-12**

-20

**-23**

-30

-40

Aug. 24                                    Aug. 31

## Gauges along the coast

### Corpus Christi



20 feet

10

0

-10

-20

-30

-40

Aug. 24                    Aug. 31

### Houston/Galveston



20 feet

10

0

-10

-20

-30

-40

Aug. 24                    Aug. 31

EXHIBIT 2-B

**000065, MEM INN**



**Lake Charles**



**New Orleans/Baton Rouge**

Low-lying Houston is drained by a network of bayous that flow into one outlet, the Houston Ship Channel, a busy shipping port lined with some of the biggest oil refineries in the United States.

As the city's population grew, developers built structures over large chunks of wetlands, leaving the vulnerable land with less natural drainage. The impermeable surfaces — asphalt and concrete — reduced the area's ability to absorb excess water. Roads that were built to carry off water in an emergency were filled, hampering travel, evacuation and rescue efforts.

EXHIBIT 2-B                          000066, MEM INN



A close-up view of the flooding in Houston

New Orleans, which was devastated 12 years ago by Hurricane Katrina, had flooding earlier this month and problems with the huge pumping system that is supposed to get rid of the water.

Three key elements combined to create such a rain-laden storm as Harvey: the warm waters of the Gulf of Mexico, strong hurricane winds and a weak late-summer jetstream.

The result was a slow-moving storm that churned near Houston for days before meandering east, continuously dumping rain from the strong bands on its right side.

When Harvey returned to the warm gulf, it picked up more moisture to pour onto land. It is expected to continue creeping northeast until it dissipates later in the week, according to the National Hurricane Center.

The map below depicts flood waters detected by satellite imagery. This data is preliminary and does not show all of the flooded areas due to cloud cover.

EXHIBIT 2-B                                         000067, MEM INN



Flooded areas observed from satellite imagery through Aug. 30

**Related stories**

*3,000 guard troops called up as 'catastrophic' Harvey causes deadly floods in Texas*

*'All night of slam, bang, boom,' then a scramble to assess the hurricane's damage*

*Catastrophic flooding underway in Houston and 'expected to worsen'*

*Samuel Granados, Armand Emamdjomeh and Laris Karklis contributed to this report.*

**About this story**

Sources: Observed precipitation data  and flood gauge data  from the National Weather Service. Hurricane track data from the National Hurricane Center. Satellite data from Dartmouth Flood Observatory. Oil infrastructure data from the U.S. Energy Information Administration  and U.S. Bureau of Ocean Energy Management. Refinery status data from S&P Global Platts.

Originally published Aug. 26, 2017. EXHIBIT 2-B                    **000068, MEM INN**

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 01.  (KJS)



Figure 02.  (KJS)

Reviewed: by TJI

EXHIBIT 2-B

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 03.  Water damage on Portico (KJS)



Figure 04.  (KJS)

## *Fo*rensic *B*uilding *S*cience, Inc.
### *Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 05.  (KJS)



Figure 06.  (KJS)

EXHIBIT 2-B

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 07.  (KJS)



Figure 08.  (KJS)

Reviewed: by TJI

EXHIBIT 2-B

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 09.  (KJS)



Figure 10.  Separation between window frame and stucco (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 11.  (KJS)



Figure 12.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 13.  (KJS)



Figure 14.  (KJS)

# Forensic Building Science, Inc.
### Photo Log – January 31, 2018
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 15.  (KJS)



Figure 16.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 17.  Water damage (KJS)



Figure 18.  (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 19.  (KJS)



Figure 20.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024


Figure 21.  Fresh crack (KJS)


Figure 22.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 23.  (KJS)



Figure 24.  (KJS)

EXHIBIT 2-B

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 25.  (KJS)



Figure 26.  (KJS)

## *Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 27.  (KJS)



Figure 28.  Window frame shifted in Rough opening (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 29.  (KJS)



Figure 30.  Window shifted in opening (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 31. (KJS)



Figure 32. (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 33.  Window shifted in opening (KJS)



Figure 34.  Window shifted in opening (KJS)

Reviewed: by TJI

EXHIBIT 2-B

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 35.  (KJS)



Figure 36.  Corner miter opened KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 37.  (KJS)



Figure 38.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 39.  (KJS)



Figure 40.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 41.  (KJS)



Figure 42.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 43.  (KJS)



Figure 44.  (KJS)

## Forensic Building Science, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 45.  (KJS)



Figure 46.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 47.  (KJS)



Figure 48.  (KJS)

# *F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 49.  (KJS)



Figure 50.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 51.  (KJS)



Figure 52.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 53.  (KJS)



Figure 54.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 55.  Glass slipped down (KJS)



Figure 56.  (KJS)

EXHIBIT 2-B

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 57.  Bulging stucco (KJS)



Figure 58.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024


Figure 59. (KJS)


Figure 60. (KJS)

EXHIBIT 2-B

## Forensic Building Science, Inc.
### *Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 61.  (KJS)



Figure 62.  (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 63.  (KJS)



Figure 64.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 65.  (KJS)



Figure 66.  (KJS)

Reviewed: by TJI

EXHIBIT 2-B

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 67.  (KJS)



Figure 68.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 69.  Window pushed in (KJS)



Figure 70.  Window movement (KJS)

*Forensic Building Science,* Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 71.  (KJS)



Figure 72.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 73. Window damage (KJS)



Figure 74. (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 75.  (KJS)



Figure 76.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 77.  (KJS)



Figure 78.  (KJS)

Reviewed: by TJI

EXHIBIT 2-B

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 79.  (KJS)



Figure 80.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 81.  (KJS)



Figure 82.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 83.  (KJS)



Figure 84.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 85.  (KJS)



Figure 86.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 87.  (KJS)



Figure 88.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 89.  (KJS)



Figure 90.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 91.  Window separation (KJS)



Figure 92.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 93.  (KJS)



Figure 94.  (KJS)

EXHIBIT 2-B

*Forensic Building Science,* Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 95.  (KJS)



Figure 96.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 97.  (KJS)



Figure 98.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 99.  (KJS)



Figure 100.       Window separation (KJS)

EXHIBIT 2-B

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 101.          (KJS)



Figure 102.          (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 103.          (KJS)



Figure 104.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 105.          (KJS)



Figure 106.          Window separation (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 107.          (KJS)



Figure 108.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 109.          Stucco damage (KJS)



Figure 110.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 111.          (KJS)



Figure 112.          (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 113.          (KJS)



Figure 114.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 115.        Damaged stucco (KJS)



Figure 116.        (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 117.        (KJS)



Figure 118.        (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 119.          (KJS)



Figure 120.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 121.          (KJS)



Figure 122.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 123.          (KJS)



Figure 124.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 125.        (KJS)



Figure 126.        (KJS)

## *Forensic Building Science, Inc.*
### *Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 127.          (KJS)



Figure 128.          (KJS)

# Forensic Building Science, Inc.
### Photo Log – January 31, 2018
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 129.          (KJS)



Figure 130.          (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 131.          (KJS)



Figure 132.          (KJS)

# Forensic Building Science, Inc.
### Photo Log – January 31, 2018
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 133.        (KJS)



Figure 134.        (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 135.          (KJS)



Figure 136.          (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 137.          (KJS)



Figure 138.          (KJS)

## *Forensic Building Science*, Inc.
### *Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 139.          Window movement (KJS)



Figure 140.          (KJS)

## *Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 141.　　(KJS)



Figure 142.　　(KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 143.          (KJS)



Figure 144.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 145.        (KJS)



Figure 146.        (KJS)

# Forensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 147.        (KJS)



Figure 148.        (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 149.          (KJS)



Figure 150.          (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 151.        (KJS)



Figure 152.        (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 153.          (KJS)



Figure 154.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 155.          (KJS)



Figure 156.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 157.        (KJS)



Figure 158.        (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 159.          (KJS)



Figure 160.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 161.        (KJS)



Figure 162.        (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 163.          (KJS)



Figure 164.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 165.        (KJS)



Figure 166.        (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 167.        (KJS)



Figure 168.        (KJS)

# *Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 169.        (KJS)



Figure 170.        (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 171.        (KJS)



Figure 172.        (KJS)

*Fo*rensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 173.          (KJS)



Figure 174.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 175.          (KJS)



Figure 176.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 177.          (KJS)



Figure 178.          (KJS)

# Forensic Building Science, Inc.
## Photo Log – January 31, 2018
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 179.　　(KJS)



Figure 180.　　(KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 181.          (KJS)



Figure 182.          (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 183.          (KJS)



Figure 184.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 185.         (KJS)



Figure 186.         (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 187.        (KJS)



Figure 188.        (KJS)

# Forensic *Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 189.        (KJS)



Figure 190.        (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 191.          (KJS)



Figure 192.          (KJS)

# Forensic Building Science, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 193.          (KJS)



Figure 194.          (KJS)

EXHIBIT 2-B

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 195.          (KJS)



Figure 196.          (KJS)

## Forensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 197.          (KJS)



Figure 198.          (KJS)

Reviewed: by TJI

EXHIBIT 2-B

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 199.          (KJS)



Figure 200.          (KJS)

Reviewed: by TJI

EXHIBIT 2-B

Page **100** of **160**
**000168, MEM INN**

*Forensic Building Science,* Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 201.          (KJS)



Figure 202.          (KJS)

# Forensic Building Science, Inc.

*Photo Log – January 31, 2018*

**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 203.          (KJS)



Figure 204.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 205.        (KJS)



Figure 206.        (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 207.        (KJS)



Figure 208.        Temp repairs (KJS)

EXHIBIT 2-B

# *Forensic Building Science, Inc.*

*Photo Log – January 31, 2018*

**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 209.          (KJS)



Figure 210.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 211.          (KJS)



Figure 212.          (KJS)

# *F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 213.          (KJS)



Figure 214.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 215.          (KJS)



Figure 216.          (KJS)

## Forensic Building Science, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 217.          (KJS)



Figure 218.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 219.          (KJS)



Figure 220.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 221.          (KJS)



Figure 222.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 223.          (KJS)



Figure 224.          (KJS)

Reviewed: by TJI

EXHIBIT 2-B

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 225.        (KJS)



Figure 226.        (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 227.        (KJS)



Figure 228.        Cap sheet lifted (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 229.          (KJS)



Figure 230.          (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 231.        Temporary repair (KJS)



Figure 232.        (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 233.          (KJS)



Figure 234.          (KJS)

EXHIBIT 2-B

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 235.          (KJS)



Figure 236.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 237.          (KJS)



Figure 238.          After storm repair (KJS)

# Forensic Building Science, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 239.          (KJS)



Figure 240.          (KJS)

## Forensic Building Science, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 241.        (KJS)



Figure 242.        (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 243.            (KJS)



Figure 244.            (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 245.          (KJS)



Figure 246.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 247.        (KJS)



Figure 248.        (KJS)

Reviewed: by TJI

EXHIBIT 2-B

Page **124** of **160**
**000192, MEM INN**

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 249.　　(KJS)



Figure 250.　　(KJS)

# Forensic Building Science, Inc.
### Photo Log – January 31, 2018
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 251.          (KJS)



Figure 252.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 253.          (KJS)



Figure 254.          (KJS)

EXHIBIT 2-B

# *Forensic Building Science*, Inc.
## *Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 255.          (KJS)



Figure 256.          (KJS)

# *Forensic Building Science*, Inc.
### *Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 257.          (KJS)



Figure 258.          (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 259.        Cap displaced by wind (KJS)



Figure 260.        (KJS)

EXHIBIT 2-B

# Forensic Building Science, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 261.          (KJS)



Figure 262.          Parapet tipped in after event (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 263.          (KJS)



Figure 264.          (KJS)

Reviewed: by TJI

EXHIBIT 2-B

Page **132** of **160**
**000200, MEM INN**

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 265.        (KJS)



Figure 266.        (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 267.          (KJS)



Figure 268.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 269.        (KJS)



Figure 270.        (KJS)

# Forensic Building Science, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 271.          (KJS)



Figure 272.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 273.          (KJS)



Figure 274.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 275.        (KJS)



Figure 276.        (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 277.          (KJS)



Figure 278.          (KJS)

Forensic *Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 279.          (KJS)



Figure 280.          (KJS)

EXHIBIT 2-B

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 281.          (KJS)



Figure 282.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 283.          (KJS)



Figure 284.          Separation of cap sheet (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 285.        (KJS)



Figure 286.        (KJS)

# Forensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 287.          (KJS)



Figure 288.          (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 289.          (KJS)



Figure 290.          (KJS)

# *Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 291.        (KJS)



Figure 292.        (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 293.        (KJS)



Figure 294.        (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 295.          (KJS)



Figure 296.          (KJS)

EXHIBIT 2-B

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 297.          (KJS)



Figure 298.          Wet (KJS)

Reviewed: by TJI

EXHIBIT 2-B

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 299.          (KJS)



Figure 300.          (KJS)

EXHIBIT 2-B

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 301.        (KJS)



Figure 302.        (KJS)

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 303.        Wet (KJS)



Figure 304.        (KJS)

Reviewed: by TJI

EXHIBIT 2-B

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 305.          (KJS)



Figure 306.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 307.          (KJS)



Figure 308.          (KJS)

Reviewed: by TJI

EXHIBIT 2-B

*Forensic Building Science, Inc.*
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 309.          (KJS)



Figure 310.          (KJS)

Reviewed: by TJI

EXHIBIT 2-B

# Forensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 311.        (KJS)



Figure 312.        (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 313.        (KJS)



Figure 314.        (KJS)

## *Forensic Building Science*, Inc.
### *Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 315.        (KJS)



Figure 316.        (KJS)

## *Forensic Building Science*, Inc.
### *Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 317.          Wet (KJS)



Figure 318.          (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – January 31, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX 77024



Figure 319.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 01.  (KJS)



Figure 02.  Elevated moisture (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 03.  Location of reading in previous photo. (KJS)



Figure 04.  Core to be performed at location of high moisture reading. (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 05.  (KJS)



Figure 06.  (KJS)

# Forensic *B*uilding *S*cience, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 07.  (KJS)



Figure 08.  (KJS)

EXHIBIT 2-B

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 09.  Sample wet (KJS)



Figure 10.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 11. (KJS)



Figure 12. (KJS)

EXHIBIT 2-B

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 13.  (KJS)



Figure 14.  Laminate floor buckled (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 15.  (KJS)



Figure 16.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 17.  (KJS)



Figure 18.  Typical water damage after storm (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 19.  (KJS)



Figure 20.  Typical water damage after storm (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 21.  (KJS)



Figure 22.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 23.  Typical water damage after storm (KJS)



Figure 24.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 25.  (KJS)



Figure 26.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 27.  (KJS)



Figure 28.  Typical water damage after storm (KJS)

Reviewed: by TJI

EXHIBIT 2-B

Page **14** of **133**
**000242, MEM INN**

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 29.  (KJS)



Figure 30.  Typical water damage after storm (KJS)

## Forensic Building Science, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 31. (KJS)



Figure 32. (KJS)

# *Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 33.  (KJS)



Figure 34.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 35. (KJS)



Figure 36. Typical water damage after storm (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 37.  Window bowed (KJS)



Figure 38.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024


Figure 39.  (KJS)


Figure 40.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 41.  (KJS)



Figure 42.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 43.  Typical water damage after storm (KJS)



Figure 44.  Typical water damage after storm (KJS)

Reviewed: by TJI

EXHIBIT 2-B

## *Forensic Building Science, Inc.*
### *Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 45.  Typical water damage after storm (KJS)



Figure 46.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 47.  (KJS)



Figure 48.  (KJS)

EXHIBIT 2-B

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 49.  Typical water damage after storm (KJS)



Figure 50.  (KJS)

EXHIBIT 2-B

# *Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 51.  (KJS)



Figure 52.  (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 53.  (KJS)



Figure 54.  Typical water damage after storm (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 55.  (KJS)



Figure 56.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 57.  (KJS)



Figure 58.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 59.  Typical water damage after storm (KJS)



Figure 60.  (KJS)

Reviewed: by TJI

EXHIBIT 2-B

# Forensic *B*uilding *S*cience, Inc.
### *Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 61.  Typical water damage after storm (KJS)



Figure 62.  (KJS)

EXHIBIT 2-B

## Forensic Building Science, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 63.  (KJS)



Figure 64.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 65.  (KJS)



Figure 66.  (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 67.  Typical water damage after storm (KJS)



Figure 68.  (KJS)

EXHIBIT 2-B

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 69.  (KJS)



Figure 70.  Typical water damage after storm (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 71.  Typical water damage after storm (KJS)



Figure 72.  (KJS)

EXHIBIT 2-B

# Forensic Building Science, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 73.  (KJS)



Figure 74.  (KJS)

Reviewed: by TJI

EXHIBIT 2-B

Page **37** of **133**
**000265, MEM INN**

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 75.  (KJS)



Figure 76.  (KJS)

EXHIBIT 2-B

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 77.  (KJS)



Figure 78.  (KJS)

Reviewed: by TJI

EXHIBIT 2-B

Page **39** of **133**
**000267, MEM INN**

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 79.  (KJS)



Figure 80.  Typical water damage after storm (KJS)

Reviewed: by TJI

EXHIBIT 2-B

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024


Figure 81.  (KJS)


Figure 82.  Typical water damage after storm (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 83.  (KJS)



Figure 84.  (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 85.  (KJS)



Figure 86.  (KJS)

EXHIBIT 2-B

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 87.  (KJS)



Figure 88.  Typical water damage after storm (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 89.  (KJS)



Figure 90.  (KJS)

# *Forensic Building Science*, Inc.
### *Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 91.  (KJS)



Figure 92.  Typical water damage after storm (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 93.  (KJS)



Figure 94.  Typical water damage after storm (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 95.  (KJS)



Figure 96.  (KJS)

## Forensic Building Science, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 97.  (KJS)



Figure 98.  (KJS)

*Forensic Building Science,* Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 99.  (KJS)



Figure 100.        Typical water damage after storm (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 101.          (KJS)



Figure 102.          Typical water damage after storm (KJS)

## *Forensic Building Science, Inc.*
### *Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 103.            (KJS)



Figure 104.            (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 105.        (KJS)



Figure 106.        (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 107.          (KJS)



Figure 108.          Typical water damage after storm (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 109.          (KJS)



Figure 110.          (KJS)

### *Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 111.        Typical water damage after storm (KJS)



Figure 112.        (KJS)

EXHIBIT 2-B

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 113.          (KJS)



Figure 114.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 115.          (KJS)



Figure 116.          (KJS)

# Forensic Building Science, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 117.          (KJS)



Figure 118.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 119.          (KJS)



Figure 120.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 121.          (KJS)



Figure 122.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 123.        Typical water damage after storm (KJS)



Figure 124.        Typical water damage after storm (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 125.          (KJS)



Figure 126.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 127.        Typical water damage after storm (KJS)



Figure 128.        (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 129.          (KJS)



Figure 130.          Typical water damage after storm (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 131.          (KJS)



Figure 132.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 133.          (KJS)



Figure 134.          (KJS)

# Forensic *B*uilding *S*cience, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 135.          (KJS)



Figure 136.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 137.        Typical water damage after storm (KJS)



Figure 138.        Typical water damage after storm (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 139.        Typical water damage after storm (KJS)



Figure 140.        (KJS)

EXHIBIT 2-B

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 141.        Typical water damage after storm (KJS)



Figure 142.        (KJS)

EXHIBIT 2-B

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 143.        Typical water damage after storm (KJS)



Figure 144.        (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 145.          (KJS)



Figure 146.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 147.        (KJS)



Figure 148.        Typical water damage after storm (KJS)

# Forensic Building Science, Inc.
## Photo Log – February 1, 2018
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 149.        (KJS)



Figure 150.        (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 151.          (KJS)



Figure 152.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 153.          (KJS)



Figure 154.          Typical water damage after storm (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 155.        Typical water damage after storm (KJS)



Figure 156.        (KJS)

EXHIBIT 2-B

### Forensic Building Science, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 157.          (KJS)



Figure 158.          (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 159.          (KJS)



Figure 160.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 161.          (KJS)



Figure 162.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 163.        (KJS)



Figure 164.        (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 165.          (KJS)



Figure 166.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 167.          (KJS)



Figure 168.          (KJS)

Reviewed: by TJI

EXHIBIT 2-B

Page **84** of **133**
**000312, MEM INN**

## Forensic Building Science, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 169.        (KJS)



Figure 170.        (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 171.        (KJS)



Figure 172.        (KJS)

## *Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 173.          (KJS)



Figure 174.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 175.        Typical water damage after storm (KJS)



Figure 176.        (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 177.          (KJS)



Figure 178.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 179.        (KJS)



Figure 180.        (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 181.          (KJS)



Figure 182.          (KJS)

## Forensic Building Science, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 183.          (KJS)



Figure 184.          (KJS)

## Forensic Building Science, Inc.
### Photo Log – February 1, 2018
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 185.          (KJS)



Figure 186.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 187.          (KJS)



Figure 188.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 189.        (KJS)



Figure 190.        (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 191.          (KJS)



Figure 192.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 193.          (KJS)



Figure 194.          (KJS)

# Forensic Building Science, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 195.          (KJS)



Figure 196.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 197.          (KJS)



Figure 198.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 199.          (KJS)



Figure 200.          (KJS)

# *Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 201.          (KJS)



Figure 202.          (KJS)

# Forensic Building Science, Inc.

*Photo Log – February 1, 2018*

**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 203.          (KJS)



Figure 204.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 205.          (KJS)



Figure 206.          (KJS)

*Forensic Building Science,* Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 207.          (KJS)



Figure 208.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 209.          (KJS)



Figure 210.          (KJS)

# *F*orensic *B*uilding *S*cience, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 211.        (KJS)



Figure 212.        (KJS)

Reviewed: by TJI

EXHIBIT 2-B

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 213.          (KJS)



Figure 214.          (KJS)

# *Forensic Building Science, Inc.*
## *Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 215.          (KJS)



Figure 216.          (KJS)

### Forensic Building Science, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 217.          (KJS)



Figure 218.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 219.        (KJS)



Figure 220.        (KJS)

# Forensic *B*uilding *S*cience, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 221.          (KJS)



Figure 222.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 223.          (KJS)



Figure 224.          (KJS)

# Forensic Building Science, Inc.
### Photo Log – February 1, 2018
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 225.          (KJS)



Figure 226.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 227.          (KJS)



Figure 228.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 229.          (KJS)



Figure 230.          (KJS)

# *Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 231.          (KJS)



Figure 232.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 233.          (KJS)



Figure 234.          (KJS)

# Forensic Building Science, Inc.
## Photo Log – February 1, 2018
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 235.          (KJS)



Figure 236.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 237.          (KJS)



Figure 238.          (KJS)

## Forensic Building Science, Inc.
### Photo Log – February 1, 2018
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 239.          (KJS)



Figure 240.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 241.          (KJS)



Figure 242.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 243.            (KJS)



Figure 244.            (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 245.          (KJS)



Figure 246.          Typical water damage after storm (KJS)

EXHIBIT 2-B

### *Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 247.          (KJS)



Figure 248.          (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 249.          (KJS)



Figure 250.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 251.        Typical water damage after storm (KJS)



Figure 252.        (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 253.          (KJS)



Figure 254.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 255.          (KJS)



Figure 256.          (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 257.        Typical water damage after storm (KJS)



Figure 258.         (KJS)

*Forensic Building Science*, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 259.　　(KJS)



Figure 260.　　(KJS)

## Forensic Building Science, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 261.          (KJS)



Figure 262.          (KJS)

*Forensic Building Science, Inc.*
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 263.        (KJS)



Figure 264.        (KJS)

*F*orensic *B*uilding *S*cience, Inc.
*Photo Log – February 1, 2018*
**PROJECT ADDRESS:** 9535 Katy Freeway, Houston, TX, 77024



Figure 265.          (KJS)