# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TASLID INTERESTS, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-18-1692 |
| | § | |
| ARCH SPECIALTY INSURANCE COMPANY, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Pending before this court are defendant's motion to bifurcate trial (Dkt. 16), defendant's motion to strike and supplemental motion (Dkt. 17, 33), defendant's motion to exclude (Dkt. 18) and defendant's motion for summary judgment (Dkt. 19).

After carefully considering the motions, responses and replies, defendant's motion to bifurcate, motion to strike and motion to exclude are DENIED and defendant's motion for summary judgment is DENIED because this court finds there are contested issues of material fact which must be decided by a jury.

The parties are ORDERED to mediate this case on or before April 30, 2019. This case remains set for docket call on May 31, 2019.

Signed at Houston, Texas on April 4, 2019.

_____
Gray H. Miller
Senior United States District Judge